**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANAIT ISAKHANYAN,<br><br>              Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. CV 17-7579 SS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: July 12, 2018

                                                        /S/<br>
                                         SUZANNE H. SEGAL<br>
                                         UNITED STATES MAGISTRATE JUDGE